UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO MICCIO, | No. 2:17-cv-0932 CKD P |
| Plaintiff, | |
| v. | ORDER |
| MIRANDA, et al., | |
| Defendants. | |

On May 10, 2017, plaintiff was ordered to file a completed in forma pauperis application within thirty days. Plaintiff has not yet submitted the application.

Good cause appearing, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is ordered to send plaintiff another application to proceed in forma pauperis.

2. Plaintiff is granted 30 days from the date of this order to file a completed application to proceed in forma pauperis with the court. Failure to file the application within 30 days will result in dismissal.

Dated: June 21, 2017

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

micc0932.ext