UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO MICCIO, | No. 2:17-cv-0932 CKD P |
| Plaintiff, | |
| v. | ORDER |
| MIRANDA, et al., | |
| Defendants. | |

On June 22, 2017, the court ordered plaintiff to file a completed application to proceed in forma pauperis within 30 days. In a letter filed by plaintiff on July 13, 2017, plaintiff indicates he has attempted to provide the court with an in forma pauperis application, but staff at his place of incarceration failed to forward the form to the court. Good cause appearing, plaintiff will be provided another opportunity to submit an application to proceed in forma pauperis through the normal channels at his prison. If plaintiff cannot submit an application to proceed in forma pauperis within 30 days, plaintiff shall file a document with the court detailing the steps he took to have his completed application sent to the court.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within thirty days from the date of this order, a request to proceed in forma pauperis on the form provided by the Clerk of Court, or the required fees in the amount of $400.00. If plaintiff cannot submit an application to proceed in forma pauperis within

30 days, plaintiff shall file a document with the court detailing the steps he took to have his completed application sent to the court. Plaintiff's failure to comply with this order will result in dismissal.

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

Dated: August 3, 2017

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
micc0932.ifp(3)