UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO MICCIO,<br><br>        Plaintiff,<br><br>   v.<br><br>MIRANDA, et al.,<br><br>        Defendants. | No. 2:17-cv-0932 KJM CKD P<br><br><br>ORDER |

Plaintiff has filed a document the court construes as a motion for an extension of time to file an opposition to the pending motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 29) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file an opposition to the pending motion to dismiss. Failure to file an opposition within 30 days will result in a recommendation that this action be dismissed without prejudice.

Dated: July 10, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/bh
micc0932.36